DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

REGINALD TYRONE HOUSLEY, IV,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1459

_____

February 25, 2026

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Blair Allen, Public Defender, and Lisa Lott, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

MORRIS, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.